# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan St. Suite 110
Fayetteville, NC 28301-4920
Phone: 910-354-2542
Fax: 910-483-2690

**DATE:** February 8, 2021

**FROM:** Van R. Freeman, Jr.
Deputy Chief U.S. Probation Officer

**SUBJECT:** **CANADY II, Dallie Ray**
**Case No.: 7:18-CR-136-1D**
**Request for Early Termination**

**TO:** James C. Dever III
United States District Judge

On April 15, 2019, Dallie Ray Canady II was convicted of False Statements in Connection with the Federal Crop Insurance Corporation in United States District Court for the Eastern District of North Carolina and received 1 day imprisonment followed by 5 years of supervised release. He began supervision on April 17, 2019.

Mr. Canady has performed satisfactorily on supervision, all drug screens have been negative, and he has been on low intensity supervision since August 5, 2019. Mr. Canady is gainfully employed and has had no new criminal charges. His term of supervision is set to expire on April 16, 2024.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination due to the substantial outstanding balance of restitution and that supervision is encouraging his payment. Probation notes that he has been assessed as a low risk case and an Agreed Order for Garnishment has been completed by his employer, and a total of $401.72 is being garnished from his bi-weekly pay. Probation also notes that the government has several ways to collect this obligation and supervision is not required to obtain the restitution. Please indicate the court's preference by marking the appropriate selection below.

---

☐ I agree with the recommendation and have signed the enclosed Order.
☒ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term.

_/s/ Dever_
James C. Dever III
United States District Judge

2/9/21
Date